UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH LOPEZ,

       Plaintiff,

                                     Civil No.05-70565
                                     Hon. John Feikens

       v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 5/02/2006, and noted that no objections were filed by either party,

       **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                        **s/John Feikens**_____
                                        John Feikens
                                        United States District Judge

Dated:  June 12, 2006

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 12, 2006. <br><br> s/Carol Cohron_____ <br> Deputy Clerk |