UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH LOPEZ,

    Plaintiff,

                                                                       Civil No.05-70565
                                                                       Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

The Court has duly reviewed the issues and rendered a decision in this action;

It is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment be granted, and the Motion for Summary Judgment by Plaintiff be denied.

Dated at Detroit, Michigan, this **12th** day of **June,** 2006.

                                                          **s/John Feikens**
                                                          John Feikens
                                                          United States District Judge

Dated:  June 12, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 12, 2006.

s/Carol Cohron
Deputy Clerk